UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KEVIN HENNAGIR** | **CIVIL ACTION** |
| **VERSUS** | **NO. 05-0249** |
| **MARLIN GUSMAN, IN HIS OFFICIAL CAPACITY AS CRIMINAL SHERIFF OF ORLEANS PARISH** | **SECTION "K"(6)** |

## ORDER

The Court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that the petition of Kevin Hennagir for issuance of a writ of *habeas corpus* under Title 28, United States Code, Section 2254, be DISMISSED WITHOUT PREJUDICE FOR FAILURE TO EXHAUST.

New Orleans, Louisiana, this 29th day of April, 2008.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE