## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**KEVIN HENNAGIR**                                          **CIVIL ACTION**

**VERSUS**                                                  **NO. 05-0249**

**MARLIN GUSMAN, IN HIS OFFICIAL**                          **SECTION "K"(6)**
**CAPACITY AS CRIMINAL SHERIFF OF**
**ORLEANS PARISH**

### ORDER

Before the Court is plaintiff Kevin Hennagir's *pro se* "Motion for Extension of Time to Respond and Answer the Report and Recommendation of the United States Magistrate Judge." Due to clerical delay, plaintiff's motion did not reach the undersigned until after the Court had entered an order adopting Magistrate Judge Louis Moore Jr. 's Report and Recommendation (Doc.39) and entered a judgment dismissing plaintiff's petition for *habeas corpus* relief pursuant to 28 U.S.C. §2254 without prejudice for failure to exhaust state remedies (Doc. 40).

The Court construes plaintiff's motion as one for new trial pursuant to Rule 59 of the Federal Rules of Civil Procedure and grants the motion. Plaintiff shall have until not later than **May 30, 2008** to file his objections to the Report and Recommendation of Magistrate Judge Louis Moore, Jr.

New Orleans, Louisiana, this 2ND day of May, 2008.

_____
STANWOOD R. DUVAL, JR.

UNITED STATES DISTRICT JUDGE

## UNITED STATES  DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **HENNAGIR** | **KEVIN**<br>**CIVIL ACTION** |
| **VERSUS** | **NO. 05-0249** |
| **MARLIN GUSMAN, IN HIS OFFICIAL**<br>**CAPACITY AS CRIMINAL SHERIFF OF**<br>**ORLEANS PARISH** | **SECTION "K"(6)** |

## <u>ORDER</u>

Before the Court is plaintiff Kevin Hennagir's *pro se* "Motion for Extension of Time to Respond and Answer the Report and Recommendation of the United States Magistrate Judge." Due to clerical delay, plaintiff's motion did not reach the undersigned until after the Court had entered an order adopting Magistrate Judge Louis Moore Jr. 's Report and Recommendation (Doc.39) and entered a judgment dismissing plaintiff's petition for *habeas corpus* relief pursuant to 28 U.S.C. §2254 without prejudice for failure to exhaust state remedies (Doc. 40).

The Court construes  plaintiff's motion as one for new trial pursuant to Rule 59 of the Federal Rules of Civil Procedure and grants the motion.    Plaintiff shall have until not later than **May 30, 2008** to file his objections to the Report and Recommendation of Magistrate Judge Louis Moore, Jr.      New Orleans, Louisiana, this 2ND  day of May, 2008.

_____

STANWOOD R. DUVAL, JR.

UNITED STATES DISTRICT  JUDGE